```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03051-MDF
Darrell F Crabbs, Jr                                            Chapter 13
Melissa Kay Crabbs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge            Page 1 of 1          Date Rcvd: Oct 06, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.
db/jdb         +Darrell F Crabbs, Jr,   Melissa Kay Crabbs,   148 Wappler Drive,   Hanover, PA 17331-8773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Darrell F Crabbs, Jr gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Joint Debtor Melissa Kay Crabbs gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Ally Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   SunTrust Bank mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DARRELL F. CRABBS, JR. and | : | |
| MELISSA KAY CRABBS | : | CASE NO. 1:15-bk-03051 MDF |
| aka MELISSA K. SMITH-CRABBS | : | |
| fka MELISSA K. SMITH, | : | |
|     Debtors. | : | |

**ORDER**

Before the Court is the Application for Allowance of Compensation and Expenses (the "Application") filed by Gary J Imblum, Esquire ("Counsel"), counsel for Darrell Crabbs and Melissa Crabbs ("Debtors"). The Application requests approval of $6,341.25 for services rendered between January 9, 2015, and August 15, 2016, and $389.36 in costs, less client payment of $1,495.00 for a net total amount due of $5,235.61.

This Court has an independent duty to review and evaluate all applications for compensation, even in the absence of objection from an interested party. 11 U.S.C. § 330(a)(1); Fed. R. Bankr. P. 2017(b).

Upon review of the Application, the award for tasks for which little or no detail was provided was reduced, e.g. entry from May 29, 2015 "Detailed memo to file." Based on these considerations, the total fees requested should be reduced in the amount of $206.50.

Therefore, it is hereby ORDERED that Counsel's Application for the period January 9, 2015 through August 15, 2016, is approved in the amount of $6,134.75 for services and $389.36 for costs, less client payment of $1,495.00 for a net total of $5,029.11.

Pursuant to FRBP 2017, Counsel may request a hearing on this Application by filing a Motion for Reconsideration within 14 days of the date of this order.

By the Court,

Date: October 6, 2016

*Mary D. France*
Bankruptcy Judge
(VK)

2