# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 16, 2018

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Crabbs, Melissa & Darrell Jr.
Chapter 13, Bankruptcy Case No. 1:15-bk-03051

Dear Clerk:

Please be advised that the address for Debtors has changed to the following:

17 Dickinson Drive
Hanover, PA 17331

The Debtors <u>previous</u> address was as follows:

148 Wappler Drive
Hanover, PA 17331

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Charles J. DeHart, III (Trustee)
Via E-Service