**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **DARRELL F. CRABBS** | : | **CHAPTER 13** |
| **a/k/a MELISSA KAY CRABBS** | : | |
| **f/k/a MELISSA K. CRABBS** | : | **CASE NO.: 1-15-03051** |
| **a/k/a MEILSSA K. SMITH-CRABBS,** | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Candith Y. Hill, Paralegal, hereby certify that I am more than 18 years of age and that I have, this day, served a copy of the attached Scheduling Order by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, and/or via e-service, addressed to the following:

**Adams County Tax Claim Bureau
117 Baltimore Street
Room 205
Gettysburg PA 17325**

**Huntingdon National Bank
PO Box 89424
Cleveland OH 44101-6424**

**Cenular FSB
425 Phillips Blvd
Ewing NJ 08618-1430**

**Charles J. Dehart III, Esquire
Chapter 13 Trustee
Via E-service**

IMBLUM LAW OFFICES, P.C.

*Candith YHill*

Candith Y. Hill
4615 Derry Street
Harrisburg PA 17111
Phone No. (717) 238-5250
Fax No. (717) 558-8990

Dated: _8/2/201D_

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Darrell F Crabbs Jr, | Chapter: 13 |
| **Debtor 1** | Case number: 1:15−bk−03051−HWV |
| Melissa Kay Crabbs,<br>aka Melissa K Crabbs, aka Melissa K Smith−Crabbs, fka Melissa K Smith, | Document Number: 45 |
| | Matter: Motion for Sale Free and Clear of Liens |
| **Debtor 2** | |

DARRELL F CRABBS JR.
MELISSA KAY CRABBS, aka Melissa K Crabbs, aka Melissa K Smith−Crabbs, fka Melissa K. Smith,
**Movant(s)**

vs.

CHARLES J. DEHART, III, ESQUIRE,
CENULAR MORTGAGE,
HUNTINGDON NATIONAL BANK,
ADAMS COUNTY TAX CLAIM BUREAU,
**Respondent(s)**

## Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made and a certification of service filed evidencing service of pleading.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court on or before **August 9, 2018**. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 21, 2018<br><br>Time: 09:30 AM |

Dated: August 2, 2018

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck

United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)