# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

August 10, 2018

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Darrell F. Crabbs & Melissa Kay Crabbs
Chapter 13 Bankruptcy Case No. 1-15-03051

Dear Clerk:

Please issue a certified Order approving Sale of Real Estate in the above matter. The Docket Number of the Order is 49.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\CRABBS Darrell Melissa\Pleadings and Creditors\Sale of Real Estate\Mot for Sale\08.10.18 Brtdk-03051-HWV).ltr.doc

Case 1:15-bk-03051-HWV    Doc 50    Filed 08/10/18    Entered 08/10/18 13:58:52    Desc
Main Document    Page 1 of 1