```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-03051-HWV
Darrell F Crabbs, Jr                                                Chapter 13
Melissa Kay Crabbs
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 1              Date Rcvd: Aug 10, 2018
                              Form ID: pdf010            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
              Cenular FSB,    425 Phillips Blvd,   Ewing, NJ  08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                +E-mail/Text: dcrum@adamscounty.us Aug 10 2018 18:52:14      Adams County Tax Claim Bureau,
                  117 Baltimore St Room 205,   Gettysburg, PA 17325-2313
4672070         +E-mail/Text: bankruptcy@huntington.com Aug 10 2018 18:51:58      Huntington Natl Bk,
                  Bankruptcy No,   Po Box 89424,   Cleveland, OH 44101-6424
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Melissa Kay Crabbs gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Darrell F Crabbs, Jr gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    SunTrust Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    DARRELL F. CRABBS | : | CHAPTER 13 |
|    a/k/a MELISSA KAY CRABBS | : | |
|    f/k/a MELISSA K. CRABBS | : | CASE NO.: 1-15-03051 |
|    a/k/a MEILSSA K. SMITH-CRABBS, | : | |
|    Debtors | : | |
| | : | |
|    DARRELL F. CRABBS | : | |
|    a/k/a MELISSA KAY CRABBS | : | |
|    f/k/a MELISSA K. CRABBS | : | |
|    a/k/a MEILSSA K. SMITH-CRABBS, | : | |
| | : | |
|    Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| CHARLES J. DEHART, III, ESQUIRE, | : | |
| CENULAR MORTGAGE, | : | |
| HUNTINGDON NAT'L BANK, | : | |
| ADAMS COUNTY TAX CLAIM | : | |
| BUREAU, | : | |
| | : | |
|    Respondents | : | |

**ORDER**

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby declared that the Buyers (and/or its designee) are good faith purchasers for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986);

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 148 Wappler Driver, Hanover, Adams County, Pennsylvania, free and clear of liens, to Carrie Codori and Michael Meeker for $189,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtors are liable.

2. Payment of attorney's fees in the amount of $2,500.00, to be applied to Debtors' costs and Attorney fees billed on an hourly basis, subject to court approval.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Adams County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of Cenlar Mortgage (first mortgage), or else the sale will not occur.

7. As long as same is a valid lien on subject real estate, payment in full of Huntingdon National Bank (second mortgage), or else the sale will not occur.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors up to the full amount of their claimed exemption.

Dated: August 10, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)