# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 16, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Darrell & Melissa Crabbs
Chapter 13 Bankruptcy Case No. 1-15-03051

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

JAMES SANDRA SMITH
171 SUNSET DRIVE
HANOVER PA 17331-9737

The Creditor's <u>previous</u> address was as follows:

JAMES SANDRA SMITH
17 DICKINSON DRIVE
HANOVER PA 17331-7766

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm