IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE : 
DARRELL F. CRABBS, JR. : CASE NO. 1-15-03051-HWV
MELISSA KAY CRABBS : 
aka MELISSA K. CRABBS : CHAPTER 13
aka MELISSA K. SMITH-CRABBS : 
fka MELISSA K. SMITH : 
    Debtors :

### DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

  I, Darrell F. Crabbs, Jr., hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Darrell F. Crabbs, Jr.

  I, Melissa Kay Crabbs, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Melissa Kay Crabbs

DATE: 11-5-18